

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ODESSA ENTERPRISES, INC. D/B/A JACK IN THE BOX, | § | No. 08-19-00039-CV |
| | § | Appeal from the |
| Appellant, | | |
| | § | 448th District Court |
| v. | | |
| | § | of El Paso County, Texas |
| ELIZABETH ONTIVEROS, | | |
| | § | (TC# 2018DCV2800) |
| Appellee. | | |
| | § | |

**O R D E R**

Pending before the Court is Appellee's unopposed motion to abate the appellate deadlines for thirty days. The abatement is requested to give the parties an opportunity to complete the settlement process and file a motion to dismiss the appeal. We grant the motion and order that all appellate deadlines be stayed for thirty days. The abatement will be lifted and the appellate deadlines will be reinstated on June 30, 2019 if the Court does not receive a motion to dismiss by that date. In the event the parties need additional time to complete the settlement process, the parties must file a motion reasonably explaining the need for additional time in compliance with TEX.R.APP.P. 10.5(b).

IT IS SO ORDERED this 31st day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.